| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Jordan, Adalberto J. | 2. Court or Organization U.S. Court of Appeals for the Eleventh Circuit | 3. Date of Report 10/26/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address 400 N. Miami Avenue Room 10-4 Miami, FL 33128-1807 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Volunteer Girls' Head Soccer Coach | St. Brendan High School (2011 - present) |
| 2. | Adjunct Professor | FIU College of Law (2011 - present) |
| 3. | Adjunct Professor | University of Miami School of Law (2011 - present) |
| 4. | Member | ABA Standing Committee on Federal Judicial Improvements (2010 - present) |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 2011-2013 | Adjunct Professor - FIU College of Law (Spring Semester 2011 - $4500/Spring Semester 2012 - $4,500/Fall Semester 2013 - $4500) |
| 2. 2011-2013 | Adjunct Professor - UM School of Law (Spring Semester 2011 - $10,000/Summer Semester 2011 - $5000/Fall Semester 2011- $5000/Spring Semester 2012 - $10,000/ |
| 3. con't | Summer & Fall Semesters 2012-$10,000/Spring Semester 2013 - $5,000) |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Adalberto J. | 10/26/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Adjunct Professor - FIU College of Law | $4,500.00 |
| 2. | 2011 | Adjunct Professor - University of Miami School of Law | $20,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | St. Brendan High School |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AO | 4/6/2011 thru 4/9/2011 | San Francisco, CA | Meeting of U.S. Judicial Confernece or committees | Lodging, meals and transportation. |
| 2. | FJC | 4/14/2011 thru 4/16/2011 | Raleigh, NC | FJC educational seminar or program | Lodging, meals and transportation. |
| 3. | AO | 4/27/2011 thru 4/29/2011 | Orlando, FL | Circuit Judicial Conference | Lodging, meals and mileage. |
| 4. | American Bar Association | 5/13/2011 thru 5/14/2011 | Ft. Lauderdale, FL | Activity of professional assoc or civic organization | Lodging. |
| 5. | Florida Bar Association | 6/23/2011 thur 6/24/2011 | Orlando, FL | Florida Bar's Annual Media Law Conference | Lodging, meals and mileage. |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jordan, Adalberto J. | 10/26/2012 |

| 6. | AO | 7/26/2011 thru 7/28/2011 | Chicago, IL | Meeting of U.S. Judicial Conference or committees | Lodging, meals and transportation. |
|---|---|---|---|---|---|
| 7. | AO | 9/20/2011 thru 9/21/2011 | Washingon, D.C. | Meeting sponsored by the AO | Lodging, meals and transportation. |
| 8. | AO | 9/25/2011 thru 9/27/2011 | Chicago, IL | Meeting of U.S. Judicial Conference or committees. | Lodging, meals and transportation. |
| 9. | Court | 11/16/2011 thru 11/16/2011 | Werst Palm Beach, FL | Court governance or administrative/managerial meetings | Lodging, meals and mileage. |
| 10. | American Bar Association | 11/21/2011 thru 11/21/2011 | Ft. Lauderdale, FL | Activity of professional assoc or civic organization. | Lodging, meals and mileage. |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Adalberto J. | 10/26/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bencor FIU Savings Plan (X) | A | Interest | J | T | | | | | |
| 2. ING Direct Savings Account | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Adalberto J. | 10/26/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In my nomination report, I mistakenly listed checking accounts at Chase and Wells Fargo in Part VII. Those accounts should not have been listed, and are not listed in this report, because they are not held for the "production of income," because they are not "income producing accounts" which total more than $5,000 in the aggregate, and because they did not generate income of over $200.00. See 2012 Filing Instructions, Part VII, page 34.

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Adalberto J. | 10/26/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Adalberto J. Jordan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544